# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL NUNEZ GUDINO,<br><br>          Petitioner,<br><br>  v.<br><br>KEN CLARK,<br><br>          Respondent. | 1:08-CV-01759 LJO JMD HC<br><br>ORDER DENYING PETITIONER'S MOTION TO ORDER INVESTIGATION UNDER MEDICAL RECORDS AND TO HAVE INVESTIGATION OFFICER AND FEDERAL ATTORNEY VISIT PETITION FOR EMERGENCY MEDICAL INFORMATION<br>[Doc. 21] |

    Petitioner is a State prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 16, 2009, the petition was denied and judgement was entered in the instant case.

    On September 17, 2009, Petitioner filed motions "to order investigation under medical records" and "to have a [sic] investigation [sic] officer and for a federal attorney to visit me for emergency medical information under wrong doing of illness."[1] (Court Doc. 21).

    The Court finds that the above motions are not roper post-judgement motions; thus, Petitioner's motions are DENIED.

IT IS SO ORDERED.

**Dated:   October 2, 2009**          **/s/ John M. Dixon**
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court also notes that the subject of Petitioner's motion is not appropriate in a habeas corpus proceeding.