UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL NUNEZ GUDINO, | ) | 1:08-CV-01759 LJO JMD HC |
| | ) | |
| Petitioner, | ) | ORDER DISREGARDING PETITIONER'S |
| | ) | MOTION FOR CERTIFICATE OF |
| v. | ) | APPEALABILITY [Doc. 23] |
| | ) | |
| KEN CLARK, | ) | ORDER CONSTRUING MOTION AS |
| | ) | NOTICE OF APPEAL |
| Respondent. | ) | |
| | ) | |

Petitioner Angel Nunez Gudino ("Petitioner") is a State prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 25, 2009, the Magistrate Judge issued a Findings and Recommendation, recommending that the petition for writ of habeas corpus be denied with prejudice. Petitioner filed objections to the Findings and Recommendation on September 8, 2009.

The Court, having conducted a *de novo* review of Petitioner's claims and the record, adopted the Magistrate Judge's Findings in full and denied the petition on September 16, 2009.

Petitioner filed a motion for a certificate of appealability on September 29, 2009. As Petitioner expresses an intent to challenge the Court's September 16, 2009 order in the motion for a certificate of appealability, the Court also construes the motion to serve as Petitioner's notice of appeal.

The instant petition for writ of habeas corpus challenges the Board of Parole Hearing's finding that Petitioner was unsuitable for parole; thus, a certificate of appealability is not required to proceed on appeal. *See* 28 U.S.C. § 2253(c)(1); *see also Rosas v. Nielsen*, 428 F.3d 1229, 1231-1232 (9th Cir. 2005); *see also White v. Lambert*, 370 F.3d 1002, 1010 (9th Cir. 2004).

1
2   Accordingly, Petitioner's motions for a certificate of appealability is DISREGARDED.
3
4 IT IS SO ORDERED.
5 **Dated:     October 15, 2009**               /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

U.S. District Court
E. D. California

2